☐ ORIGINAL

FILED
08 MAY -8 PM 4:18
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  ECL   DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  MARY C. LUNDBERG
   Assistant U. S. Attorney
3  California State Bar No. 120630
   Office of U.S. Attorney
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101-8893
   Telephone: (619) 557-7466
6
   Attorneys for Plaintiff
7  United States of America

8           UNITED STATES DISTRICT COURT
9           SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Civil No. '08 CV 0839 IEG NLS
11                                  )
            Plaintiff,              )
12                                  )
         v.                         )   COMPLAINT FOR MONEY DAMAGES
13                                  )
   PATRICK WALTON,                  )
14                                  )
            Defendant.              )
15 _____)

16      For its claim against defendant, the United States of America alleges:

17      1. This court has jurisdiction under 28 U.S.C. § 1345.

18      2. The defendant resides within the court's jurisdiction.

19      3. Defendant obtained student loans in the amount of $8,000.00, which were insured by the U.
20 S. Department of Education ("DOEd") pursuant to 20 U.S.C. § 1071, et seq.

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  MCL:jb/104
28

1     4. Defendant defaulted and the original lender applied to a guaranty agency for reimbursement of its guaranteed loans. On or about February 14, 1991, this claim was paid by the agency which assumed all the lender's rights upon the insured loans. Thereafter, on or about September 14, 2006, DOEd assumed all rights to the claim from the guaranty agency.

    5. Pursuant to 34 C.F.R. § 682.202 and/or the terms of the promissory notes the holder(s) capitalized accrued interest of $2,065.79 thereby increasing the balance due to $10,065.79 principal.

    6. Although demand has been made, defendant has paid no part of the debt.

    WHEREFORE, plaintiff prays for:

    1. Judgment against defendant in the amount of $10,065.79 principal, plus interest at 9.0 percent per annum from September 29, 1990, to the date judgment.

    2. Interest after judgment at the then-current legal rate, compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).

    3. Cost of processing and handling this claim pursuant to 31 U.S.C. § 3717(e)(1).

    4. Penalty charges pursuant to 31 U.S.C. § 3717(e)(2).

    5. Filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2).

    6. Costs of suit.

    7. Such other relief as the court deems proper.

DATED: 5-8-08

KAREN P. HEWITT  
United States Attorney

MARY C. LUNDBERG  
Assistant U.S. Attorney

xxxxxxxx

# CIVIL COVER SHEET

**ORIGINAL**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the users of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
PATRICK WALTON

FILED '08 MAY -8 PM 4:18
SOUTHERN DISTRICT OF CALIFORNIA
ECL DEPUTY

'08 CV 0839 IEG NLS

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY)**
San Diego, CA

**(c) ATTORNEYS (Firm name, Address, and Telephone Number)**
Karen P. Hewitt, U.S. Attorney
Mary C. Lundberg, Asst. U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
(619) 557-7157

**ATTORNEYS (IF KNOWN)**
(See Attachment)

**II. BASIS OF JURIDICTION (PLACE AN x IN ONE BOX ONLY)**

- [x] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. Government Not a Party)
- [ ] 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP FOR PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)**
(For Diversity Case Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated of Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated of Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)**

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury Medical Malpractice | ☐ 520 Other Food Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyright | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment Enforcement of Judgment | ☐ 330 Federal Employer's Liability | ☐ 640 RR and Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | **PERSONAL PROPERTY** ☐ 340 Marine | ☐ 650 Airline Regulations | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organization |
| [x] 152 Recovery of Default Student Loans (Exclude Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standard Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agriculture Acts |
| ☐ 195 Contract Product Liability |  | ☐ 720 Labor/Mgmt Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting and Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environment Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence. Habeas Corpus | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Erectment | ☐ 443 Housing/Accommodations / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS – Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare / ☐ 540 Mandamus and Other |  |  | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Right / ☐ 550 Civil Rights |  |  | ☐ 890 Other Statutory Action |
| ☐ 290 All Other Real Property |  |  |  |  |

**V. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUES UNLESS DIVERSITY)

28 U.S.C. 1345; Title IV-B of the Higher Education Act of 1965, as amended 20 U.S.C. 1071 et Seq. (34 CFR. Part 682)

**VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)**

- [x] 1. Original Proceeding
- [ ] 2. Removal from State Court
- [ ] 3. Remanded from Appellate Court
- [ ] 4. Reinstate or Reopened
- [ ] 5. Transferred from another district (specify)
- [ ] 6. Multi-district Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS CLASS ACTION UNDER f.r.c.p. 23
**DEMAND** $10,065.79
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES  [x] NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions) JUDGE _____  Docket Number _____

**DATE** 8/26/2003   **SIGNATURE OF ATTORNEY OF RECORD** Mary C. Lundberg, Asst. U.S. Attorney