OAO 440 (Rev. 8/01) Summons in a Civil Action



# UNITED STATES DISTRICT COURT

Southern                                                          District of   California

UNITED STATES OF AMERICA

V.

PATRICK WALTON

SUMMONS IN A CIVIL CASE

CASE NUMBER: '08 CV 0839 IEG NLS

TO: (Name and address of Defendant)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

```
Karen P. Hewitt
United States Attorney
Mary C. Lundberg
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA  92101
(619) 557-7466
```

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.                                          5/8/08

CLERK                                                           DATE



(By) DEPUTY CLERK