| U.S. Department of Justice | | PROCESS RECEIPT AND RETURN |
|---|---|---|
| United States Marshals Service | | *See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 08CV0839 IEG |
| **DEFENDANT** Patrick Walton | **TYPE OF PROCESS** Summons & Complaint |

FILED
2008 MAY 14 PM 12:15
CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Patrick Walton

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
4250 4th Avenue Apt. ~~119~~, San Diego, DEPUTY ~~92163~~ 92103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

U.S. Attorney's Office
Financial Litigation Unit
880 Front Street, Room 6293
San Diego, CA  92101

| Number of process to be served with this Form - 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service)*:

For questions call Joann Blas at 619 557-7466.

| Signature of Attorney or other Originator requesting service on behalf of: Joann Blas, Legal Assistant | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 619 557-7466 | DATE 5/8/08 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 08 | District to Serve No. 08 | Signature of Authorized USMS Deputy or Clerk *A Scott* | Date 5/9/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Patrick Walton

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address *(complete only if different than shown above)*

| Date of Service | Time | |
|---|---|---|
| 5/13/08 | 2:22 | pm |

Signature of U.S. Marshal or Deputy
*Andrew Rempel*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

2008 MAY -9 A 10:55
RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

**ORIGINAL**

OAO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of California

UNITED STATES OF AMERICA

V.

PATRICK WALTON

SUMMONS IN A CIVIL CASE

CASE NUMBER: '08 CV 0839 IEG NLS

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Karen P. Hewitt
United States Attorney
Mary C. Lundberg
Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 557-7466

an answer to the complaint which is served on you with this summons, within _20_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

W. Samuel Hamrick, Jr.
CLERK

DATE 5/8/08

(By) DEPUTY CLERK