KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Asst. U.S. Attorney
California State Bar No.120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466
Email: Mary.Lundberg@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK WALTON,<br><br>Defendant. | Civil No. 08CV0839-IEG(NLS)<br><br>JOINT MOTION FOR ENTRY<br>OF CONSENT JUDGMENT |

    Plaintiff, United States of America, by its undersigned attorneys, and defendant, Patrick Walton, stipulate as follows:

    Defendant is indebted to the United States in the sum of $10,065.79 principal, plus interest at the rate of 9.00 percent per annum from September 29, 1990, and filing fees allowed pursuant to 28 U.S.C. § 2412(a)(2), by reason of defendant's default in repayment of a federally insured student loan.

    Judgment by consent as stated above may be entered against defendant.

///

///

///

///

MCL:/52

1  In addition, defendant will be liable for costs of suit in this action in the sum of $370.00.

2  Post-judgment interest will accrue at the current legal rate in effect on the date of entry of
3  judgment and will be compounded annually until paid in full pursuant to the provisions of 28 U.S.C. §
4  1961(b).

5  DATED: 6-4-08

6  KAREN P. HEWITT
   United States Attorney

8  /MARY C. LUNDBERG
9  Assistant U. S. Attorney

10  DATED: 5-27-08

12  PATRICK WALTON
    Defendant

28  MCL:civp_52                         2                              08CV0839-IEG