KAREN P. HEWITT
United States Attorney
MARY C. LUNDBERG
Asst. U.S. Attorney
California State Bar No. 120630
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08CV0839-IEG(NLS) |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR CONSENT JUDGMENT |
| PATRICK WALTON, | |
| Defendant. | |

Pursuant to the stipulation for entry of consent judgment filed by the parties and good cause appearing therefor,

IT IS ORDERED that judgment be entered as follows:

| | |
|---|---|
| Principal | $10,065.79 |
| Interest at the rate of 9.00% percent per annum from 9/29/90 | $14,548.22 |
| Filing fees & court costs allowed pursuant to 28 U.S.C. § 2412(a)(2) | $ 370.00 |
| TOTAL | $24,984.01 |

IT IS FURTHER ORDERED that interest at the current legal rate will accrue upon entry of judgment and will be compounded annually until paid in full, pursuant to 28 U.S.C. § 1961(b).

**DATED: June 9, 2008**

*Irma E. Gonzalez*
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**