**ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL -8 PM 2: 12

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA.

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08CV0839-IEG(NLS) |
| Plaintiff, ) | |
| v. ) | P R A E C I P E |
| PATRICK WALTON, ) | |
| Defendant. ) | |

TO THE CLERK:

Please issue an Abstract of Judgment.

Joann Blas
Legal Assistant
Ext. 7466

Date issued: 7/8/08

Abstract Issued 7/8/08

CRIM_36